IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § | CRIMINAL ACTION NO. H-07-155 |
| MURAD ALMASRI, | § | |

**ORDER**

The motion filed by the defendant, Murad Almasri, to require the Federal Detention Center to allow visits from his infant son and his son's mother, Shurouk Ismail, is denied at this time. It does not appear that the defendant has sought relief through the administrative procedures available at the FDC.

SIGNED on August 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge